# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Seizure of
(address or brief description of property to be seized)

| | |
|---|---|
| **The contents of three Bank of America accounts.** | **APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT** CASE NUMBER: 09-2502 JKB |

M. Lisa Ward, Special Agent, United States Immigration and Customs Enforcement, being duly sworn deposes and says:

I have reason to believe that there is now certain property in Anaheim, California, and elsewhere, which is the subject of forfeiture to the United States, namely (describe property to be seized):

> the contents of Bank of America account 02099-41307 in the name of Electracash Inc. Operating Account, Bank of America account 02093-41305 in the name of Electracash Inc., and Bank of America account 02035-41304 in the name of Electracash Inc. Reserve Account, all located in Anaheim, California,

which is (state one or more bases for seizure under the U.S. Code)

forfeitable pursuant to 18 U.S.C. sections 981(a)(1)(C) and 1955(d) because it constitutes the proceeds of an illegal gambling business and is forfeitable pursuant to 18 U.S.C. section 981(a)(1)(A) because it was involved in money laundering transactions made in violation of 18 U.S.C. section 1956(a)(2)(A).

The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached Affidavit.

*M. Lisa Ward*
M. Lisa Ward
Special Agent, United States Immigration and Customs Enforcement

Sworn to before me, and subscribed in my presence on (Date) July 20, 2009 at Baltimore, Maryland.

*James K. Bredar*
Honorable James K. Bredar
United States Magistrate Judge